IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Jude Medical, Inc., et al.<br><br>    Plaintiffs,<br>  v.<br><br>AccessClosure, Inc.<br>    Defendant. | Case No. 2:10-at-01287<br>Eastern District of California<br><br>Case No. 4:08-cv-04101-HFB<br>Western District of Arkansas |

**THIRD PARTY BOSTON SCIENTIFIC CORP'S
NOTICE OF MOTION TO QUASH
ST. JUDE MEDICAL, INC. AND ST. JUDE MEDICAL PUERTO RICO, LLC'S
SUBPOENA FOR DEPOSITION**

TO: PLAINTIFFS ST. JUDE MEDICAL, INC. AND ST. JUDE MEDICAL PUERTO RICO, LLC, AND DEFENDANT ACCESSCLOSURE, INC., AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on a date and time to be assigned by the clerk of the court, or as soon as thereafter as may be heard in this Court, located at 501 I. Street, Sacramento, California, movant Boston Scientific Corporation ("BSC") – a non-party to this litigation – will move to quash the subpoena for deposition (the "Subpoena") propounded by plaintiffs, St. Jude Medical, Inc. and St. Jude Medical Puerto Rico, LLC (collectively, "St. Jude").

Movant makes this motion on the grounds that the Subpoena: seeks the designation of out-of-state witnesses who would be required to travel more than 100 miles to be deposed; seeks information regarding documents which are discoverable from the defendant, a party to this litigation; is overbroad, duplicative, and unduly burdensome; and seeks information that is irrelevant, privileged, confidential, and proprietary .

Movant's request is based on this notice, the motion and the memorandum in support of the motion filed concurrently herewith, the accompanying exhibits including the Declaration of Yi-Ming Su, and such other further evidence or argument of an oral and documentary nature as may be presented in connection with a hearing on the motion.

Dated:  September 1, 2010                           Respectfully submitted,

                                                    HOWREY LLP

                                                    By:   /s/     *Aaron Myers*
                                                              Aaron Myers


                                                    Attorney for Boston Scientific, Corp.
                                                    HOWREY LLP
                                                    525 Market Street, Suite 3600
                                                    San Francisco, CA 94105
                                                    Telephone:    (415) 848-4900
                                                    Facsimile:    (415) 848-4999
                                                    E-mail:       MyersA@howrey.com