IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ST. JUDE MEDICAL, INC., et al.,

      Plaintiffs,                   2:10-mc-0089 GEB DAD

      v.

ACCESS CLOSURE, INC.,

      Defendant.               ORDER AFTER HEARING OF
                                                           THIRD-PARTY MOTION TO QUASH

_____/

        This matter came before the court on September 24, 2010, for hearing on third-party Boston Scientific Corporation's motion to quash plaintiffs' subpoena for deposition. Attorneys Matthew M. Wolf and Yi-Ming Su appeared telephonically for moving party Boston Scientific Corporation. Attorneys Jonathan H. Steinberg and Jay Chung appeared telephonically for plaintiffs. No appearance was made on behalf of defendant Access Closure, Inc. Extensive argument was heard, and the fully briefed motion was taken under submission.

        Upon careful consideration of all papers submitted in connection with the motion and all arguments heard, IT IS HEREBY ORDERED that third-party Boston Scientific Corporation's September 2, 2010 amended motion to quash deposition subpoena (Doc. No. 4) is granted and the subpoena propounded by plaintiffs to Boston Scientific Corporation is quashed without prejudice to the issuance of a new subpoena if plaintiffs obtain relief from the relevant

deadlines contained in the Amended Docket Control Order filed August 6, 2010, in the underlying litigation in the United States District Court for the Western District of Arkansas.

DATED: September 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\stjude0089.oah.092410