IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ST. JUDE MEDICAL, INC., et al.,

    Plaintiffs,          2:10-mc-0089 GEB DAD

    v.

ACCESS CLOSURE, INC.,

    Defendant.

ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING MOTION TO COMPEL

_____/

        Plaintiffs have applied for an order shortening time for the court to hear their motion to compel third-party Boston Scientific Corporation (BSC) to comply with plaintiffs' subpoena. Good cause appearing, plaintiffs' motion to shorten time (Doc. No. 16) is granted, and the motion to compel (Doc. No. 13) is set for hearing on Friday, November 19, 2010, at 10:00 a.m. Any opposition shall be filed by BSC on or before November 17, 2010, and any reply shall be filed by plaintiffs no later than 3:00 p.m. on November 18, 2010. Counsel may arrange telephonic appearance by contacting Pete Buzo, courtroom deputy for the undersigned, at (916) 930-4128 no later than 24 hours prior to the hearing.

        IT IS SO ORDERED.

DATED: November 12, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\stjude0089.ord2.shorten.time