IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ST. JUDE MEDICAL, INC., a Minnesota Corporation; ST. JUDE MEDICAL PUERTO RICO, LLC, a Puerto Rico Limited Liability Company,

        Plaintiffs,

    v.

ACCESS CLOSURE, INC., a Delaware Corporation,

        Defendant.

2:10-mc-00089-GEB-DAD

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>

        Third Party Boston Scientific Corporation ("BSC") requests reconsideration of the Magistrate Judge's November 22, 2010 Order, which granted Plaintiffs' Motion to Compel BSC to comply with their deposition and document subpoena, on the grounds that the Order "imposes significant burden on BSC, a non-party to the litigation; disregards the minimal value of the information sought; and violates the requirements of Federal Rule of Civil Procedure 45." (ECF No. 23, 2:2-3.)

        Pursuant to E.D. Cal. R. 303(f) and Federal Rule of Civil Procedure 72(a), a magistrate judge's orders shall be upheld unless "clearly erroneous" or "contrary to law." Upon review of the entire file, the court finds that BSC has not shown the Magistrate Judge's

1 ruling was clearly erroneous or contrary to law. Therefore, BSC's
2 request for reconsideration is DENIED.

3 Dated: December 9, 2010

5 _____
  GARLAND E. BURRELL, JR.
6 United States District Judge